1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Keith Feder, M.D., Inc. | Case No 2:24-cv-02094-CBM-MRWx |
| --- | --- |
| Plaintiff, | **ORDER GRANTING STIPULATION TO REMAND AND DISMISS PLAINTIFF'S ERISA CLAIM** |
| v. | |
| Comcast Cable Communications, LLC and DOES 1-10, | **[11]  [JS-6]** |
| Defendant | |

## ORDER

Having considered the Parties Stipulation dismiss Plaintiff's ERISA claim and remand the remaining claims to the Los Angeles Superior Court.

It is **HEREBY ORDERED** as follows:

1. Plaintiff's ERISA claim is dismissed with prejudice.
2. This matter is remanded to the Los Angeles Superior Court.

**IT IS SO ORDERED.**

DATED: APRIL 19, 2024

_____
HON. JUDGE Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

Order On Stipulation ti Remand